# EXHIBIT A

EFiled:  Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Kharla Lavandier

PRAECIPE

)
)
)
)
)
)
vs.                                    )        Civil Action No. N26C-02-238 SKR
)
The Milton and Hattie Kutz            )
Home, Inc.                            )
)
)
)
)

Please issue _____

the Milton and Hattie Kutz Home, Inc.

704 River Rd, Wilmington
DE. 19809

Kharla Lavandier
**Plaintiff**

Address 1810 stonebridge blvd

New Castle, DE . 19720

Phone 717-992-0548

TO:    Prothonotary

EFiled:  Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR



SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Kharla Lavandier

)  C.A. No.
)
)
Plaintiff,  )
)
v.  )
)  SUMMONS  N26C- 02-238 SKR
the mitton and Hattie Kutz Home, )
Inc.  )
)
Defendant.  )

THE STATE OF DELAWARE,

TO THE SHERIFF OF          COUNTY:

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Kharla Lavandier , plaintiff's attorney, whose address is 1810 Stonebridge blvd, Newcastle DE 19720 , an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

_____
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

_____
Prothonotary

_____
Per Deputy

Rev:02/20

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

EFiled:  Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR

COUNTY:    N    K    S         CIVIL ACTION NUMBER: N26C-02-238 SKR

| Caption: | Civil Case Code: _____ |
|---|---|
| Khaila Lavandier | Civil Case Type: Cmis |
| vs | (SEE REVERSE SIDE FOR CODE AND TYPE) |
| the milton and Hattie Kutz Home, Inc. | MANDATORY NON-BINDING ARBITRATION (MNA) _____ |
| | Name and Status of Party filing document: |
| | Document Type:(E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| | JURY DEMAND:  YES_____ No _____ |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS: |
|---|---|
| ATTORNEY ID(S): | |
| FIRM NAME: Khaila Lavandier | |
| ADDRESS: | EXPLAIN THE RELATIONSHIP(S): |
| 1810 stonebridge buld, new castle DC. 19720 | |
| TELEPHONE NUMBER: 717-992-0548 | |
| FAX NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| E-MAIL ADDRESS: KLAVANdier@gmail.com | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 06/2025

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS) INSTRUCTIONS

## CIVIL CASE TYPE

Please select the appropriate civil case code and case type (e.g., **CODE - AADM** and **TYPE - Administrative Agency**) from the list below. Enter this information in the designated spaces on the Case Information Statement.

**APPEALS**
AADM - Administrative Agency
ACER - Certiorari
ACMB - Commission Marijuana Board
ACCP - Court of Common Pleas
AIAB - Industrial Accident Board
APSC - Public Service Commission
APCA - Purchaser Card JP Court Appeal
AUIB - Unemployment Insurance Appeal Board

**COMPLAINTS**
CABT - Abatement
CASB - Asbestos
CAAA - Auto Arb Appeal
CMIS - Civil Miscellaneous
CACT - Class Action
CCON - Condemnation
CCLD - Complex Commercial Litigation Division **(NCC ONLY)**
CDBT - Debt / Breach of Contract
CDEJ - Declaratory Judgment
CDEF - Defamation
CEJM - Ejectment
CATT - Foreign & Domestic Attachment
CFJG - Foreign Judgment
CFRD - Fraud Enforcement
CINT - Interpleader
CLEM - Lemon Law
CLIB - Libel
CMAL - Malpractice
CMED - Medical Malpractice
CPIN - Personal Injury
CPIA - Personal Injury Auto
CPRL - Products Liability
CPRD - Property Damage
CRPV - Replevin
CSPD - Summary Proceedings Dispute
CCCP - Transfer from CCP
CCHA - Transfer from Chancery
CWCC - Wrongful Conviction Compensation

**MASS TORT**
CABI - Abilify Cases
CBEN - Benzene Cases
CFAR - Farxiga Cases
CFIB - FiberCel Cases
CHON - Honeywell Cases
CMON - Monsanto Cases
COCC - Occidental Chemical Cases
CPEL - Pelvic Mesh Cases
CPLX - Plavix Cases
CPPI - PPI Cases
CPQT – Paraquat Cases
CTAL - Talc Cases
CTAX - Taxotere Cases
CXAR - Xarelto Cases
CZAN – Zantac Cases

**INVOLUNTARY COMMITMENTS**

INVC- Involuntary Commitment

**MISCELLANEOUS**
MAGM - AG Motion - Civil/Criminal Investigations *
MADB - Appeal from Disability Board *
MAFF - Application for Forfeiture
MAAT - Appointment of Attorney
MGAR - Appointment of Guardianship
MCED - Cease and Desist Order
MCON - Civil Contempt/Capias
MCVP - Civil Penalty
MSOJ - Compel Satisfaction of Judgment
MSAM - Compel Satisfaction of Mortgage
MCTO - Consent Order
MIND - Destruction of Indicia of Arrest *
MESP - Excess Sheriff Proceeds
MHAC - Habeas Corpus
MTOX - Hazardous Substance Cleanup
MFOR - Intercept of Forfeited Money
MISS - Issuance of Subpoena
MLEX - Lien Extension
MMAN - Mandamus
MWIT - Material Witness *
MWOT - Material Witness - Out of State
MRAT - Motion for Risk Assessment
MROP - Petition for Return of Property
MCRO - Petition Requesting Order
MROD - Road Resolution
MSEL - Sell Real Estate for Property Tax
MSEM - Set Aside Satisfaction of Mortgage
MSSS - Set Aside Sheriff's Sale
MSET - Structured Settlement
MTAX - Tax Ditches
MREF - Tax Intercept
MLAG - Tax Lagoons
MVAC - Vacate Public Road
MPOS - Writ of Possession
MPRO - Writ of Prohibition

**MORTGAGES**
MCOM - Mortgage Commercial
MMED - Mortgage Mediation
MORT - Mortgage Non-Mediation (Res.)

**MECHANICS LIENS**
LIEN - Mechanics Lien

## * Not eFiled

## DUTY OF THE PLAINTIFF
Each plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the complaint.

## DUTY OF THE DEFENDANT
Each defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the answer and/or first responsive pleading.

EFiled:  Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

Kharla Lavandier,

Plaintiff,

v.

The Milton and Hattie Kutz Home, Inc.,

Defendant.

C.A. No. N26C-02-238 SKR

COMPLAINT

1. Plaintiff, Kharla Lavandier, is a resident of New Castle County, Delaware.

2. Defendant, The Milton and Hattie Kutz Home, Inc., is an employer doing business in the State of Delaware.

3. This Court has jurisdiction pursuant to 19 Del. C. § 710 et seq.

4. Plaintiff was employed by Defendant during the relevant period.

5. During her employment, Plaintiff was subjected to harassment, disparate treatment, and a hostile work environment based on her race, sex, and national origin.

6. Defendant's conduct was severe and pervasive and interfered with Plaintiff's ability to perform her job.

7. Plaintiff engaged in protected activity by opposing discriminatory practices and reporting harassment and discrimination.

8. After engaging in protected activity, Plaintiff was subjected to retaliation by senior leadership, including the Chief Executive Officer.

9. The retaliatory conduct materially worsened Plaintiff's working conditions.

10. As a result of Defendant's actions, Plaintiff was constructively discharged.

11. Plaintiff timely filed a charge of discrimination with the Delaware Department of Labor, Office of Anti-Discrimination, exhausted all administrative remedies, and received a Right to Sue Notice.

CLAIMS FOR RELIEF

- Race Discrimination

- Sex Discrimination

- National Origin Discrimination

- Retaliation

- Hostile Work Environment

- Constructive Discharge

All in violation of 19 Del. C. § 710 et seq.

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court:

a. Award compensatory damages;

b. Award back pay and lost benefits;

c. Award costs and any allowable relief; and

d. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Kharla Lavandier

Plaintiff, Pro Se

1810 Stonebridge Blvd

New Castle, DE 19720

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – OFFICE OF ANTI-DISCRIMINATION**

EFiled: Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR

KHARLA LAVANDIER
1810 Stonebridge Blvd
New Castle, DE 19720

DDOL No.: LAV012725 / 530-2025-02111

v.

The Milton and Hattie Kutz Home Inc
704 River Rd
WILMINGTON, DE 19809, UNITED STATES OF AMERICA

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

#### *No-Cause Determination and Dismissal with Corresponding Right to Sue Notice*

In this case, the Department has completed its investigation and found that there is no reasonable cause to believe that an unlawful employment practice has occurred. The Department hereby issues a No-Cause Determination and Dismissal and provides the Charging Party with a Delaware Right to Sue Notice.

This No Cause determination is based on the following facts:

*The Charging Party alleges the Respondent **harassed and constructive discharged her** because of her **race (bi-racial), national origin (American), and sex (female)**. The Respondent denied the allegations of discrimination. The Department of Labor conducted an investigation and determined that the evidence did not establish reasonable cause to believe the Respondent violated the anti-discrimination laws. On October 10, 2025, we notified the Charging Party of our preliminary findings. We gave the Charging Party an opportunity to respond.*

*Charging Party submitted a response; however, the response contained no information that could have resulted in a different outcome. Therefore, we are making a finding of No Reasonable Cause.*

*This final determination is not intended to be construed as an endorsement of Respondent's actions and is not intended to impact any rights Charging Party may have under other laws.*

**See the attached Notice of Rights.**

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Office of Anti-Discrimination.

*Jason K. Atallian*

_____
Jason K. Atallian, Administrator
Division of Industrial Affairs, Office of Anti-Discrimination

Fri Nov 21 00:00:00 EST 2025

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C NC Determination – RTS 20240301

## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Office of Anti-Discrimination provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

**§ 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.**

(a)     A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)     The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)     The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

## NOTICE OF FEDERAL RIGHTS

1.  If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a Substantial Weight Review of the DDOL's final finding. To obtain this review, you must request it by writing to EEOC within **15 days of your receipt** of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.  If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

Requests may be addressed to: PHLSTATEANDLOCAL@eeoc.gov or mailed to:

Equal Employment Opportunity Commission
801 Market Street
Penthouse, Suite 1000
Philadelphia, PA 19107

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C NC Determination – RTS 20240301

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Philadelphia District Office
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

**To:**   KHARLA LAVANDIER
1810 Stonebridge Blvd
New Castle, DE 19720

**Re:**   KHARLA LAVANDIER v. The Milton and Hattie Kutz Home Inc
EEOC Charge Number:  530-2025-02111

EEOC Representative and email:    State Local and Tribal Program Manager
PHLSTATEANDLOCAL@EEOC.GOV

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination:  EEOC has accorded substantial weight to the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue.  If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.**  Receipt generally occurs on the date that you (or your representative) received this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: Karen McDonough  12/12/2025
Karen McDonough
Deputy District Director

cc:     For Respondent                                      For Charging Party
Christopher Cognato
Ballard Spahr
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number: 530-2025-02111 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number: 530-2025-02111 to the District Director at Jamie Williamson, 801 Market St Suite 1000, Philadelphia, PA 19107.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

EFiled:  Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

KHARLA LAVANDIER                    )
                                    )

      vs.

THE MILTON AND HATTIE
KUTZ HOME INC.,

                              )     C.A. No. N26C-02-238 SKR
                              )
                              )
                              )

### ORDER ON APPLICATION TO PROCEED
### *IN FORMA PAUPERIS*

The Court having considered the application to proceed *in forma pauperis* and the affidavit filed in connection therewith,

### IT IS ORDERED

\_\_\_    The application is **GRANTED**. The applicant shall:

   \_\_\_    Pay no fees or court costs: or
   \_\_\_    Pay certain fees and court costs; namely: _____
   _____

   _____

   \_\_\_    Pay such fees and court costs:
       \_\_\_ By _____
       $_____ per month
The complaint shall be filed.

\_\_\_    The application is **DENIED**. The filing fee of $ _____
is due  (no less than 15 calendar days from the date of notice).  If not paid by then, the complaint will be dismissed.

_____
                                                      J.

DATED: _____

**EFiled:  Feb 12 2026 10:55AM EST**
**Transaction ID 78454766**
**Case No. N26C-02-238 SKR**



### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
COUNTY: ☒ New Castle    ☐ Kent    ☐ Sussex

Khorla Lavandier

_____
Plaintiff/Petition/Appellant,

v.

the melton and Hattie Kotz Home, Inc

_____
Defendant/Respondent/Appellee.

C.A. No. N26C-02-238 SKR

### AFFIDAVIT IN SUPPORT OF APPLICATION TO
### PROCEED *IN FORMA PAUPERIS*

I, Khorla Lavandier _____, being first duly sworn, depose and say that I am the

Plaintiff _____ in the above-captioned case; in support of my motion to proceed without

paying Court fees and costs, or give security therefor, state:

My date of birth is: 05/01/1987

My current address is:

1810 Stonebridge blvd. New castle

DE, 19720

_____

Because of my financial situation, I am unable to pay the costs of this proceeding or give

security therefor.  In support of that statement, I supply the following information:

1.  Nature of claim or defense is:

All requests for information must be supplied, if possible. Failure to supply information may result in denial of you
motion to proceed In Forma Pauperis.

2. Presently employed?

(Yes)____ .    No ____

3. If "Yes", state:    PA , Philadelphia

(a) Name and address of employer:

Asociacion puertoriqueños en marcha (APM, Inc)

(b) How often paid:    bi-weekly

(c) Take home pay per pay period:    $ 2,090.

4. If "No", state:

(a) Name and address of last employer:

(b) Date of last employment:

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

(Yes)____    No ____

6. If "Yes", state:

(a) Amount of income or gift, or its value:

$ 41.10

(b) When received:

(c) From whom or what received: *Dividends*

(d) Whether regular or one time: *regular*

7. List all property owned, whether held in your name alone or jointly with anyone else:

(a) Real estate:

(b) Personal property (stocks, bonds, bank accounts, vehicles):
*Stocks value $8,000 (around)*
*Hyundai Santa Fe 2008, Chevy trop 24 (Leased)*

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner:

8. If you have a spouse, state: *FL*

(a) Amount of any income received: *None*

(b) Source

(c) Frequency income is received:

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

All requests for information must be supplied, if possible. Failure to supply information may result in denial of you

10. If a prisoner, provide the following requested information.

(a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State?

(b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case.

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

11. If you are a prisoner and your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies.

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state:

(a) Amount of any cash held (whether or not in a bank)

$ 1,670.14

(b) Bank accounts, listing bank, account number(s) and current balance(s).

Chase  $1,400  = 2903427994 #

~~Bellane~~  ~~police~~

Capital one = $270.14 = 3613727 1965 #

result in denial of you

13. Itemize debts and regular monthly expenses:

tras wote car : $458    food : 500    Student loan = $483 (around) (30K debt)

Rent = $1,468    can Insurance : 445.    car debt 28 K

Electnict = $280    IRS = 133.00 ($9K debt)

gas =120.00    CC monthly payments = 2 K

14. List names and address of any dependents:    NONG

I, _____Khrala Parandur_____, swear or affirm that the above-information is true and

correct and is made under penalty of perjury.

_____
Signature

DATED: 02/12/2026

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this __12th__ day of __February 2026__

_____
Title

Revised 03/2016

All requests for information must be supplied, if possible. Failure to supply information may result in denial of you

EFiled:  Feb 12 2026 10:55AM EST
Transaction ID 78454766
Case No. N26C-02-238 SKR

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

KHARLA LAVANDIER )
)

vs.                                   )    **C.A. No. N26C-02-238 SKR**
)

)
THE MILTON AND HATTIE )
KUTZ HOME INC.,

***ORDER UPON INITIAL REVIEW OF COMPLAINT***

The Court having reviewed the complaint:

1. \_\_\_\_ IT IS ORDERED that the complaint is **DISMISSED** because:

\_\_\_\_ The complaint was factually frivolous
\_\_\_\_ The complaint was legally frivolous
\_\_\_\_ The complaint was malicious.
\_\_\_\_ It plainly appears from the face of the complaint that the plaintiff is not entitled to relief.

For the following reasons: _____

_____

Service of process shall not issue.

2. \_\_\_\_ The complaint is **NOT DISMISSED** and service of process shall issue.

**IT IS SO ORDERED.**

_____
J.

DATED: _____